# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand and fifteen.

Before:    Gerard E. Lynch,
              *Circuit Judge,*

_____

Cooling Water Intake Structure Coalition,

    Petitioner,

American Petroleum Institute, *et al.*

    Intervenors - Petitioners,

Center for Biological Diversity, *et al.*,

    Intervenors,

v.

United States Environmental Protection Agency, *et al.,*

    Respondents.

_____

**ORDER**
Docket Nos. 14-4645(L);
                 14-4657 (con);
                 14-4659(con);
                 14-4664 (con);
                 14-4667(con);
                 14-4670(con).

    The parties have filed a joint motion to establish the briefing schedule and the word limits for briefs.  IT IS HEREBY ORDERED that the motion is GRANTED.  The parties shall comply with the following schedule:

| Pleading | Filing/Service Deadline |
|---|---|
| Petitioners' Briefs | November 25, 2015 |
| Intervenor and Amicus Briefs in Support of Petitioners (if any) | December 9, 2015 |
| Respondents' Consolidated Brief | April 18, 2016 |

| | |
|---|---|
| Petitioners' Supplemental Briefs, Amicus Briefs in Support of Respondents, and Intervenor Briefs (if any) | May 18, 2016 |
| Petitioners' Reply Briefs | June 22, 2016 |
| Deferred Appendix | July 27, 2016 |
| Final Briefs | August 10, 2016 |

**Word Limits for Briefs**:

*Petitioners' Opening Briefs:* The opening briefs for each category of Petitioners are limited to the following:
- Environmental Petitioners: 28,000 words
- Industry Petitioners: 28,000 words

Within each petitioner group, the members may agree to divide the allowed words among the members of that group into separate briefs, so long as the total words filed in briefs by that group's members do not exceed the number of words allowed for that petitioner group.

*Governments' Response Brief:* EPA and the Services shall file a single consolidated brief responding to all of Petitioners' briefs, with an enlarged word limit of 56,000 words.

*Petitioners' Intervenor Briefs:* Each of the two petitioner groups – the Environmental Petitioners group and the Industry Petitioners group – may file a supplemental brief that is no longer than one-half of the word limit allowed for the opening brief or briefs to which it is responding.

Within each petitioner group, the members may agree to divide the allowed word limits among the members of that group into separate briefs, so long as the total word limit of the filed briefs by that group's members does not exceed the number of words allowed for that petitioner group.

*Petitioners' Reply Briefs*: Each Petitioner group's reply brief may be no longer than one-half of the word limit allowed for its opening brief plus one-half of the word limits allowed for the supplemental brief(s) being replied to.

**Deferred Appendix**: The parties shall use a deferred appendix in this case, with the deadline as specified above.

For the Court:

Catherine O'Hagan Wolfe, Clerk

