# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of November, two thousand and fifteen.

Before:    Raymond J. Lohier, Jr.
             *Circuit Judge*.
_____

Cooling Water Intake Structure Coalition,

    Petitioner,

American Petroleum Institute, Utility Water Act Group, et al.,

    Intervenors-Petitioners,

Center for Biological Diversity, Louisiana Environmental Action Network, California Coastkeeper Alliance, Humboldt Baykeeper, Suncoast Waterkeeper, Inc., Puget Soundkeeper Alliance,

    Intervenors,

v.

United States Environmental Protection Agency, Gina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency, National Marine Fisheries Service, United States Fish and Wildlife Service,

    Respondents.
_____

**ORDER**
Docket Nos. 14-4645(L)
    14-4657(con)
    14-4659(con)
    14-4664(con)
    14-4667(con)
    14-4670(con)

Petitioners move for an order compelling Respondents to complete their administrative records. Respondents move for an extension of time until November 13, 2015 to respond to the motion. IT IS HEREBY ORDERED that Respondents' motion is GRANTED.

The parties' joint motion to toll the briefing schedule pending the Court's decision on Petitioners' motion to compel is also GRANTED. The opening briefs must be filed 30 days from the date of the Court's order on the motion to compel.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk